**NOT FOR PUBLICATION**

In the

United States Court of Appeals

For the Eleventh Circuit

_____

No. 25-13604
Non-Argument Calendar
_____

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

*versus*

DEVIN COVON RANDLE,

*Defendant-Appellant.*

_____

Appeal from the United States District Court
for the Middle District of Georgia
D.C. Docket No. 1:24-cr-00036-LAG-ALS-2

_____

Before JORDAN, LAGOA, and KIDD, Circuit Judges.

PER CURIAM:

Rick Collum, appointed counsel for Devin Randle in this criminal appeal, has moved to withdraw from further representa-

2                    Opinion of the Court                    25-13604

tion of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsels' motion to withdraw is **GRANTED**, and Randle's conviction and sentence are **AFFIRMED**.